**IN THE**
**UNITED STATES COURT OF APPEALS FOR**
**THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| Free Press, et al. | ) | |
| *Petitioners*, | ) | |
| | ) | |
| v. | ) | |
| Federal Communications Commission and the United States of America | ) | **Case No. 17-1129** |
| | ) | |
| *Respondents* | ) | |
| | ) | |

**SINCLAIR BROADCAST GROUP, INC.'S REPLY IN SUPPORT OF MOTION FOR LEAVE TO FILE OPPOSITION TO EMERGENCY MOTION FOR STAY**

Movant-Intervenor Sinclair Broadcast Group, Inc. ("Sinclair") respectfully joins in the Reply of Movant-Intervenors Tribune Media Company, Twenty-First Century Fox, Inc., Univision Communications Inc., ION Media Networks, Inc., and Trinity Christian Center of Santa Ana, Inc. in Support of Their Motion for Leave to File Opposition to Emergency Motion for Stay. For the reasons stated therein, Sinclair's motion for leave to file an opposition also should be granted.

Respectfully submitted,

/s/ *Matthew J. MacLean*

Matthew J. MacLean
Pillsbury Winthrop Shaw Pittman LLP
1200 Seventeenth Street, NW
Washington, DC 20036
(202) 663-8000
*Counsel for Movant-Intervenor Sinclair Broadcast Group, Inc.*

June 1, 2017

# CERTIFICATE OF COMPLIANCE

This brief complies with the type-volume limitations of Federal Rule of Appellate Procedure 27(d)(2)(C) because it contains 66 words, as determined by the word count function of Microsoft Word, excluding the parts of the brief exempted by Rule 32(f). This brief complies with the typeface requirements of Rule 32(a)(5) and the type-style requirements of Rule 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word 2010 in Times New Roman and 14 point font.

/s/ *Matthew J. MacLean*

Matthew J. MacLean
Pillsbury Winthrop Shaw Pittman LLP
1200 Seventeenth Street, N.W.
Washington, D.C. 20036
(202) 663-8000
*Counsel for Sinclair Broadcast Group, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that, on June 1, 2017, I electronically filed the foregoing with the Clerk of the Court of the United States Court of Appeals for the District of Columbia Circuit using the appellate CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

/s/ *Matthew J. MacLean*
Matthew J. MacLean
Pillsbury Winthrop Shaw Pittman LLP
1200 Seventeenth Street, N.W.
Washington, D.C. 20036
(202) 663-8000
*Counsel for Sinclair Broadcast Group, Inc.*