# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 17-1129** **September Term, 2016**

**FCC-17-40**

**Filed On:** June 1, 2017

Free Press, et al.,

Petitioners

v.

Federal Communications Commission and
United States of America,

Respondents

------------------------------

ION Media Networks, Inc., et al.,
Intervenors

**BEFORE:** Tatel, Brown, and Wilkins, Circuit Judges

## **O R D E R**

Upon consideration of the emergency motion for stay pending review and the government's response thereto; the motions for leave to file oppositions to the emergency motion for stay, the opposition thereto, and the replies, it is

**ORDERED** that the April 20, 2017 Order reinstating the "UHF discount" be administratively stayed pending further order of the court. The purpose of this administrative stay is to give the court sufficient opportunity to consider the emergency motion for stay pending review and should not be construed in any way as a ruling on the merits of that motion. See D.C. Circuit Handbook of Practice and Internal Procedures 33 (2017). It is

**FURTHER ORDERED** that petitioners file a single reply in support of the emergency motion by 10:00 am on Wednesday, June 7, 2017. The reply may not exceed 3,900 words.

Petitioners are directed to hand deliver the paper copies of their submission to the court by the time and date due.

**Per Curiam**

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: /s/
Laura Chipley
Deputy Clerk